| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE: | FOR COURT USE ONLY |
|---|---|---|
| Waukeen McCoy, 168228<br>LAW OFFICE OF WAUKEEN McCOY<br>703 Market Street<br>San Francisco, CA 94103 | (415) 675-7705 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Andrew Cohen and James Lewis

DEFENDANT:

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 6208 EMC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons In A Civil Case

2. Party Served:  City And County Of San Francisco

3. Person Served:  Nydia Gonzalez - Person authorized to accept service of process

4. Date & Time of Delivery:  December 12, 2007   3:39 pm

5. Address, City and State:  1 Dr. Carlton B. Goodlett Plac Room 200
San Francisco, CA  94102

6. Manner of Service:  Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 75.00

Registered California process server.
County: ALAMEDA
Registration No.: 1020
Expiration: September 8, 2009

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 12, 2007 at Oakland, California.

Signature: *Chris Beale*

Chris Beale