Waukeen McCoy 168228
LAW OFFICE OF WAUKEEN McCOY
703 Market Street
San Francisco, CA 94103
(415) 675-7705

ATTORNEY FOR (Name): Plaintiff

Ref. No. or File No.: none

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Andrew Cohen and James Lewis

DEFENDANT:

**PROOF OF SERVICE**

DATE:
TIME:
DEPT/DIV:
CASE NUMBER: C 07 6208 EMC

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Complaint, Summons In A Civil Case

2. Party Served: Heather Fong

3. Person Served: Lottie Baker, Legal Asssistant - Person authorized to accept service of process

4. Date & Time of Delivery: December 12, 2007    3:19 pm

5. Address, City and State: 850 Bryant Street
San Francisco, CA 94103

6. Manner of Service: Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 75.00

Registered California process server.
County: ALAMEDA
Registration No.:1020
Expiration: September 8, 2009

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 12, 2007 at Oakland, California.

Signature: *Chris Beale*

Chris Beale