1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   ELIZABETH S. SALVESON, State Bar #83788
    Chief Labor Attorney
3   LAWRENCE HECIMOVICH, State Bar #129688
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, 5th Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-3933
6   Facsimile:    (415) 554-4248
    E-Mail:        larry.hecimovich@sfgov.org
7

8   Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO and
9   HEATHER FONG

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13  | ANDREW COHEN, and individual;     | Case No. C07-06208 EMC
    | JAMES LEWIS, an individual,       | Case No. C07-01186 SI
14  |
    |
15  |          Plaintiffs,              | **NOTICE OF RELATED CASE**
    |
16  |      vs.
    |
17  | CITY AND COUNTY OF SAN
    | FRANCISCO, HEATHER FONG, an
18  | individual, and DOES 1 - 50,
    |
19  |          Defendant(s).

20

21          Pursuant to Local Rule 3-12, Defendants hereby give notice that the above-captioned case is

22  related to a case pending in the United States District Court for the Northern District of California

23  before Judge Susan Illston:

24          ***Harmston, Cohen, Lewis et al. v. City and County of San Francisco and Chief Heather***

25  ***Fong,* USDC Case No. C07-1186 SI.**

26          The *Harmston* action was filed in the superior court for the city and county of San Francisco

27  on August 10, 2006.  Plaintiffs' first amended complaint in that action was filed on January 27, 2007

28  and was removed to the United States District Court on February 28, 2007.

CASE NO. C07-6208 EMC                          1                    n:\labor\li2007\080688\00456125.doc

1    This action and the *Harmston* case are related because: (1) they both concern substantially the

2    same parties --- Plaintiffs Andrew Cohen and James Lewis and Defendants City and County of San

3    Francisco and San Francisco Police Chief Heather Fong; (2) they both concern substantially the same

4    event or question – whether Cohen and Lewis have suffered retaliation based on their filing tort

5    claims and DFEH charges alleging unlawful discrimination; and (3) it appears likely that there will be

6    an unduly burdensome duplication of labor and expense or conflicting results if the cases are

7    conducted before different judges.

8    This action was filed on December 12, 2007.  Defendants hereby promptly file this Notice of

9    Related Case.

10    In this action, Plaintiffs allege that they have suffered unlawful retaliation because they filed a

11    claim with the City, a charge of discrimination with the Department of Fair Employment and Housing

12    and a civil complaint in the matter of *Harmston, Cohen, Lewis et al. v. City and County of San*

13    *Francisco and Chief Heather Fong,* USDC Case No. C07-1186SI  (Complaint, ¶¶ 9-19, 22-27, 29-34,

14    36-39).  If this action is conducted before a different Judge, conflicting results could occur as to

15    rulings on the scope of actionable conduct; the applicable limitations period; the extent of damages

16    recoverable; and the extent to which Plaintiffs exhausted their administrative remedies.

17    In *Harmston,* Plaintiffs' operative complaint alleges that the City and Chief Fong retaliated

18    against Cohen and Lewis in various specific regards based on their "opposing unlawful practices

19    under FEHA."  (First Amended Complaint ¶ 69)  Cohen and Lewis further allege that "in addition to

20    the enumerated adverse actions above, defendants, and each of them, have engaged in other unlawful

21    practices against [Cohen and Lewis] which are not yet fully known.  When said practices become

22    known to Plaintiffs, they will seek leave to amend this complaint in those regards."  (FAC ¶ 74)

23    In this action, Plaintiffs allege one additional specific incident of alleged unlawful retaliation

24    arising out of the filing of the *Harmston* administrative charges and lawsuit – the enhanced

25    supervision of Cohen and Lewis following "as a direct result of their participation in the *Harmston*

26    litigation."  (Complaint, ¶¶ 10-13).  An assignment to a single Judge would conserve judicial

27

28

1    resources and promote an efficient determination of the actions because all overlapping, disputed

2    matters of law could be resolved by a single Judge.

3        This Notice is being served on all parties in the actions.

4    Dated:  December 20, 2007

5                                                    DENNIS J. HERRERA
                                                     City Attorney
6                                                    ELIZABETH SALVESON
                                                     Chief Labor Attorney
7                                                    LAWRENCE HECIMOVICH
                                                     Deputy City Attorney
8

9

10                                        By:  Lawrence Hecimovich_____
                                                     LAWRENCE HECIMOVICH
11
                                                     Attorneys for Defendants
12                                                   CITY AND COUNTY OF SAN FRANCISCO,
                                                     and HEATHER FONG
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C07-6208 EMC                        3                    n:\labor\li2007\080688\00456125.doc