IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HARMSTON, | No. C 07-01186SI |
| Plaintiff, | **C-07-6208 SI**<br>**NOTICE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all motions will be argued on Friday, February 1, 2008, at 9:00 a.m.

C-07-1186 HARMSTON v. SAN FRANCISCO
C-07-6208
Plaintiff's Motion for Clarification of 11/6/07 Order
Defendant's Motion to Consolidate and/or Merge Cases

Dated: December 27, 2007                                          RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk