DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Team
LAWRENCE HECIMOVICH, State Bar #129688
ADELMISE WARNER, State Bar #215385
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:    (415) 554-3933
Facsimile:    (415) 554-4248

Attorneys For Defendants
CITY AND COUNTY OF SAN FRANCISCO
and SFPD CHIEF HEATHER FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HARMSTON, an individual; GIGI GEORGE, an individual; JAMES LEWIS, an individual; MIKE EVANSON, an individual; ERIK SOLARES, an individual; DAVE PARRY, an individual; ANDREW COHEN, an individual; NOAH MALLINGER, an individual; CARLOS MUSTAFICH, an individual; LUIS DEJESUS, an individual; JAMES D. AHERNE, an individual; JASON KIRCHNER, an individual; REGINALD SCOTT, an individual; GERALD P. LYONS, an individual; WENDY HURLEY, an individual; HOLLY STOUMEN, an individual; CHRISTINE ARNDT, an individual; SHAREEF NASIR, an individual,<br><br>        Plaintiffs,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, an individual, and DOES 1-50,<br><br>        Defendants. | Case No. C 07-01186 SI<br>Case No. C07-6208 EMC<br><br>**DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO CONSOLIDATE AND MERGE CASES**<br><br>Date:      February 1, 2008<br>Time:      9:00 a.m.<br>Courtroom:  10, 19th Floor<br>               Hon. Susan Illston |

1   Plaintiffs did not file a brief in response to Defendants' motion to merge and consolidate. Rather, Plaintiffs' opposition to the 12(b)(6) motion Defendants filed in *Cohen-Lewis II* informs Defendants and the Court that "Plaintiffs are not opposing the pending motion by Defendants to consolidate this matter with the *Harmston* litigation." (*Cohen-Lewis* Opp. Mem. at 2:4-5)

The Court should consolidate and merge these matters pursuant to FRCP 42(a). Consolidation and merger are proper and should be ordered based on the existence of common questions of law or fact; the savings of time and effort that consolidation and merger will produce; and the fact that the claims asserted in *Cohen-Lewis II* arise out of the same primary right as the claims in this case, such that they may not be separately asserted in that action. *San Remo Hotel v. City & County of San Francisco,* 545 U.S. 323, 336 (2005); *Davis v. University of Chicago,* 53 F.3d 801, 803 (1995).

Dated: January 16, 2008

                        DENNIS J. HERRERA
                        City Attorney
                        ELIZABETH SALVESON
                        Chief Labor Attorney
                        LAWRENCE HECIMOVICH
                        Deputy City Attorney


By: Lawrence Hecimovich
     LAWRENCE HECIMOVICH

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, and HEATHER FONG