IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW COHEN,                      No. C 07-06208SI

       Plaintiff,                      **NOTICE**

  v.

CITY AND COUNTY OF SAN FRANCISCO,

       Defendant.
                                      /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, March 21, 2008, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: January 3, 2008                                         RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk