IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDERSON,

        Plaintiff,

v.

AMERICAN AIRLINES,

        Defendant.

No. C 05-04292SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all parties must comply with the Court's pretrial preparation order when filing motions in limine. Motion shall not be noticed for the first day of trial and shall be scheduled for argument at the pretrial conference.

Plaintiff's Motion In Limine to Allow Witnesses appear via Live Televideo or Two-Way Telephone shall be construed as an ex-parte application. If defendant opposes this request, an opposition shall be filed immediately. The Court will expedite this request since the there is limited equipment available to the parties for such conferencing.

Dated: January 30, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk