United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HARMSTON, et al., | No. C 07-01186 SI |
| Plaintiffs, | **ORDER APPOINTING A SPECIAL DISCOVERY MASTER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, et al., | |
| Defendants. | |

On November 6, 2007, the Court explained that it would appoint a special master "to oversee discovery and insure that the parties behave properly during depositions and other interactions." November 6, 2007 Order at 14, Docket No. 105. The Court has reviewed the parties' suggestions of special master candidates and agrees with plaintiffs that Fred Butler of Fred D. Butler & Associates would fairly and impartially oversee discovery in this case. Moreover, Mr. Butler has agreed to serve as special discovery master. Accordingly, the Court APPOINTS Fred Butler as special discovery master in this case. The costs of Mr. Butler's services shall be shared equally by the parties until further notice.

**IT IS SO ORDERED.**

Dated: February 13, 2008

SUSAN ILLSTON
United States District Judge