UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLAYTON HARMSTON et al,

       Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO et al,

       Defendant.
_____/

Case Number: CV07-01186 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred D. Butler
Butler & Associates
50 California Street
Suite 1500
San Francisco, CA  94111

Dated: February 19, 2008

                                  Richard W. Wieking, Clerk
                                  By: Tracy Sutton, Deputy Clerk