## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANDREW COHEN, and individual;
JAMES LEWIS, an individual,

CASE NO. C07-6208 EMC

Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, an individual, and DOES 1 - 50,

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

[X] have not yet reached an agreement to an ADR process

[ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Lawrence Hecimovich | Defendants | (415) 554-3933 | larry.hecimovich@sfgov.org |
| Waukeen McCoy | Plaintiff | (415) 675-7705 | mccoylawsf@yahoo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 03/06/2008

by /s/ Dow W. Patten
Attorney for Plaintiff
WAUKEEN McCOY

Dated: March 6, 2008

Attorney for Defendant
LAWRENCE HECIMOVICH

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

NDC-17

TOTAL P.02