DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Team
LAWRENCE HECIMOVICH, State Bar #129688
ADELMISE WARNER, State Bar #215385
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:     (415) 554-3933
Facsimile:      (415) 554-4248

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAYTON HARMSTON, an individual; *et al.*,<br><br>              Plaintiffs,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, an individual, and DOES 1-50,<br><br>              Defendants. | Case No. C 07-01186 SI<br>Case No. C 07-06208 SI<br><br>**[PROPOSED] ORDER RE DEFENDANTS' MOTION FOR SANCTIONS** |

1 | For the reasons set forth in the Court's Order dated April 21, 2008, awarding sanctions in favor of Defendants the City & County of San Francisco and Chief Heather Fong and against Plaintiff Andrew Cohen and Plaintiffs' counsel Waukeen McCoy, jointly and severally, in the amount of $15,217.42, and in favor of Defendants and against Waukeen McCoy in the further amount of $300,

The Court Hereby Orders that Attorney McCoy and / or Plaintiff Cohen shall pay the sanction awards by no later than July 31, 2008.

**IT IS SO ORDERED**

DATED:_____  _____
SUSAN ILLSTON
United States District Judge

ORDER RE DEFS.' MOTION FOR SANCTIONS
CASE NO. C 07-01186 SI

1

n:\labor\li2007\070245\00488806.doc